AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Sarah A. | Bankruptcy Court - Western District of OK | 09/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court
215 Dean A. McGee, 9th Floor
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust @1 (See Part VII, lines 21-190) |
| 2. | Director` | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. | 2013 | National Cooperative Refinery Association - royalty |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan | | None | L | T | | | | | |
| 4. - Pimco Total Return | | | | | Redeemed (part) | 01/15/13 | J | | |
| 5. | | | | | Redeemed | 07/30/13 | J | | |
| 6. - Pimco Real Return C | | | | | Redeemed | 01/15/13 | J | | |
| 7. - TIAA-CREF Scap Bld Index C | | | | | Redeemed | 07/30/13 | J | | |
| 8. Oklahoma Dream 529 Plan | | None | L | T | | | | | |
| 9. - Pimco Total Return C | | | | | | | | | |
| 10. - Pimco Real Return C | | | | | | | | | |
| 11. - TIAA-CREF Scap Bld Index C | | | | | | | | | |
| 12. Massachusetts Mutual Limited Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 13. Massachusetts Mutual Variable Life Select Policy | | None | J | T | | | | | |
| 14. - The Oppenheimer Capital Appreciation Fund | | | | | | | | | |
| 15. - The Oppenheimer Small & Mid Cap Growth Fund | | | | | | | | | |
| 16. Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Massachusetts Mutual Ltd Pay Whole Life Policy [    ] | A | Dividend | K | T | | | | | |
| 19. Massachusetts Mutual Whole Life Policy (spouse) | A | Dividend | K | T | | | | | |
| 20. Massachusetts Mutual Ltd Pay Whole Life @65 Policy [    ] | A | Dividend | J | T | | | | | |
| 21. TRUST #1 | D | Dividend | M | T | | | | | |
| 22. - MidFirst Bank Account | | | | | | | | | |
| 23. - PIMCO Total Return Fund CL P | | | | | Sold (part) | 01/29/13 | K | A | |
| 24. | | | | | Buy | 05/29/13 | J | | |
| 25. | | | | | Sold | 08/16/13 | J | | |
| 26. - Templeton Global Bond Fund | | | | | Sold (part) | 01/29/13 | K | | |
| 27. | | | | | Buy | 05/29/13 | J | | |
| 28. | | | | | Buy | 08/20/13 | J | | |
| 29. | | | | | Buy | 12/02/13 | J | | |
| 30. - Cash and CitiBank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 31. - Lord Abbott Short Duration Income Fnd CL F | | | | | Sold (part) | 01/29/13 | K | A | |
| 32. | | | | | Buy | 05/29/13 | J | | |
| 33. | | | | | Buy | 08/16/13 | J | | |
| 34. | | | | | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 12/02/13 | J | | |
| 36. - PIMCO Unconstrained Bond Fund | | | | | Sold | 01/29/13 | K | | |
| 37. - Vanguard Fixed Income Sec FD GNMA Portfolio | | | | | Sold | 01/29/13 | K | | |
| 38. - SPDR Gold TR Gold Shs | | | | | Sold | 01/29/13 | K | | |
| 39. - Amer Cent. Inflat. Adj Trea Inv | | | | | Sold | 01/29/13 | K | | |
| 40. - Franklin Income Adv. | | | | | Buy | 01/29/13 | J | | |
| 41. | | | | | Sold (part) | 05/29/13 | J | A | |
| 42. | | | | | Sold (part) | 08/20/13 | J | | |
| 43. | | | | | Sold (part) | 12/02/13 | J | A | |
| 44. - Altria Group, Inc. | | | | | Buy | 01/29/13 | J | | |
| 45. | | | | | Sold (part) | 05/29/13 | J | A | |
| 46. | | | | | Sold (part) | 12/02/13 | J | A | |
| 47. - American Capital Agency | | | | | Buy | 01/29/13 | J | | |
| 48. | | | | | Buy | 05/29/13 | J | | |
| 49. | | | | | Buy | 08/20/13 | J | | |
| 50. | | | | | Sold (part) | 12/02/13 | J | | |
| 51. - American Electric Power Co. | | | | | Buy | 01/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 05/29/13 | J | | |
| 53. | | | | | Sold (part) | 12/02/13 | J | A | |
| 54.  - Annaly Capital Mngmt Inc. | | | | | Buy | 01/29/13 | J | | |
| 55. | | | | | Buy | 05/29/13 | J | | |
| 56. | | | | | Buy | 08/20/13 | J | | |
| 57. | | | | | Sold (part) | 12/02/13 | J | | |
| 58.  - Astrazeneca PLC ADS | | | | | Buy | 01/29/13 | J | | |
| 59. | | | | | Sold (part) | 08/20/13 | J | A | |
| 60. | | | | | Sold (part) | 12/02/13 | J | A | |
| 61. | | | | | Sold (part) | 12/02/13 | J | | |
| 62.  - AT&T | | | | | Buy | 01/29/13 | J | | |
| 63. | | | | | Buy | 05/29/13 | J | | |
| 64. | | | | | Sold (part) | 08/20/13 | J | | |
| 65.  - BCE Inc. (New) | | | | | Buy | 01/29/13 | J | | |
| 66. | | | | | Buy | 05/29/13 | J | | |
| 67. | | | | | Buy | 08/20/13 | J | | |
| 68. | | | | | Sold (part) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - BK Montreal | | | | | Buy | 01/29/13 | J | | |
| 70. | | | | | Buy | 05/29/13 | J | | |
| 71. | | | | | Sold (part) | 08/20/13 | J | | |
| 72. | | | | | Sold (part) | 12/02/13 | J | | |
| 73. - Black Hills Corp. | | | | | Buy | 01/29/13 | J | | |
| 74. | | | | | Sold (part) | 05/29/13 | J | A | |
| 75. | | | | | Sold | 07/24/13 | J | A | |
| 76. - Centurylink Inc. | | | | | Buy | 01/29/13 | J | | |
| 77. | | | | | Buy | 05/29/13 | J | | |
| 78. | | | | | Buy | 08/20/13 | J | | |
| 79. | | | | | Buy | 12/02/13 | J | | |
| 80. - Eaton Vance Natl Mun. Opp. Tr | | | | | Buy | 01/29/13 | J | | |
| 81. | | | | | Buy | 05/29/13 | J | | |
| 82. | | | | | Sold | 06/11/13 | J | | |
| 83. - Eaton Vance Tax Mgd Div Equ Fd | | | | | Buy | 01/29/13 | J | | |
| 84. | | | | | Buy | 05/29/13 | J | | |
| 85. | | | | | Sold (part) | 08/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Entergy Corp. New | | | | | Buy | 01/29/13 | J | | |
| 87. | | | | | Sold | 12/02/13 | J | | |
| 88. - H&R Block Inc. (New) | | | | | Buy | 01/29/13 | J | | |
| 89. | | | | | Sold | 02/22/13 | J | A | |
| 90. - Health Care REIT Inc. | | | | | Buy | 01/29/13 | J | | |
| 91. | | | | | Sold (part) | 05/29/13 | J | A | |
| 92. | | | | | Buy | 08/20/13 | J | | |
| 93. | | | | | Sold (part) | 12/02/13 | J | | |
| 94. - Invesco Muni Income OPP | | | | | Buy | 01/29/13 | J | | |
| 95. | | | | | Buy | 05/29/13 | J | | |
| 96. | | | | | Sold | 08/19/13 | J | | |
| 97. - Leggett & Platt Inc. | | | | | Buy | 01/29/13 | J | | |
| 98. | | | | | Sold (part) | 05/29/13 | J | A | |
| 99. | | | | | Buy | 12/02/13 | J | | |
| 100. - LTC Properties Inc. | | | | | Buy | 01/29/13 | J | | |
| 101. | | | | | Sold (part) | 05/29/13 | J | A | |
| 102. | | | | | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/02/13 | J | A | |
| 104. - Main Street Capital Corp. | | | | | Buy | 01/29/13 | J | | |
| 105. | | | | | Buy | 05/29/13 | J | | |
| 106. | | | | | Sold (part) | 08/20/13 | J | | |
| 107. | | | | | Sold | 12/02/13 | J | A | |
| 108. - MFA Financial Inc. | | | | | Buy | 01/29/13 | J | | |
| 109. | | | | | Buy | 05/29/13 | J | | |
| 110. | | | | | Buy | 08/20/13 | J | | |
| 111. | | | | | Buy | 12/02/13 | J | | |
| 112. - MFS Charter Income Tr SBI | | | | | Buy | 08/19/13 | J | | |
| 113. | | | | | Buy | 05/29/13 | J | | |
| 114. | | | | | Sold | 08/29/13 | J | | |
| 115. - National Retail Properties I | | | | | Buy | 01/29/13 | J | | |
| 116. | | | | | Sold (part) | 05/29/13 | J | | |
| 117. | | | | | Buy | 08/20/13 | J | | |
| 118. | | | | | Buy | 12/02/13 | J | | |
| 119. - Nuveen Build America Bonds Fd | | | | | Buy | 01/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 05/29/13 | J | | |
| 121. | | | | | Sold | 08/19/13 | J | | |
| 122.  - Omega Healthcare Inv Inc. | | | | | Buy | 01/29/13 | J | | |
| 123. | | | | | Sold (part) | 05/29/13 | J | A | |
| 124. | | | | | Buy | 08/20/13 | J | | |
| 125. | | | | | Sold (part) | 12/02/13 | J | A | |
| 126.  - PIMCO Corporate & Income Opp | | | | | Buy | 01/29/13 | J | | |
| 127. | | | | | Buy | 05/29/13 | J | | |
| 128. | | | | | Sold (part) | 08/20/13 | J | | |
| 129.  - PPL Corporation | | | | | Buy | 01/29/13 | J | | |
| 130. | | | | | Buy | 05/29/13 | J | | |
| 131. | | | | | Sold (part) | 08/20/13 | J | A | |
| 132. | | | | | Buy | 12/20/13 | J | | |
| 133.  - Reynolds American Inc. | | | | | Buy | 01/29/13 | J | | |
| 134. | | | | | Sold (part) | 05/29/13 | J | A | |
| 135. | | | | | Sold (part) | 08/20/13 | J | A | |
| 136.  - Seadrill Ltd. | | | | | Buy | 01/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/20/13 | J | A | |
| 138. | | | | | Buy | 12/02/13 | J | | |
| 139. - Senior Hsg Ppty Tr SBl | | | | | Buy | 01/29/13 | J | | |
| 140. | | | | | Sold (part) | 05/29/13 | J | A | |
| 141. | | | | | Buy | 08/20/13 | J | | |
| 142. | | | | | Sold (part) | 12/02/13 | J | | |
| 143. - Sun Life Svcs CDA Ins. | | | | | Buy | 01/29/13 | J | | |
| 144. | | | | | Buy | 05/29/13 | J | | |
| 145. | | | | | Sold (part) | 08/20/13 | J | A | |
| 146. | | | | | Sold (part) | 12/02/13 | J | A | |
| 147. - Thomson Reuters Corp. | | | | | Buy | 01/29/13 | J | | |
| 148. | | | | | Sold (part) | 05/29/13 | J | A | |
| 149. | | | | | Sold | 06/06/13 | J | A | |
| 150. - Vanguard Natural Resources LLC | | | | | Buy | 01/29/13 | J | | |
| 151. | | | | | Sold | 03/14/13 | J | | |
| 152. - Vectren Cp | | | | | Buy | 01/29/13 | J | | |
| 153. | | | | | Sold (part) | 05/29/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 08/20/13 | J | A | |
| 155.  - Verizon Communications | | | | | Buy | 01/29/13 | J | | |
| 156. | | | | | Sold (part) | 05/29/13 | J | A | |
| 157. | | | | | Sold (part) | 08/20/13 | J | A | |
| 158.  - Western Asst Blb CP Def Opp Fd | | | | | Buy | 01/29/13 | J | | |
| 159. | | | | | Sold | 08/19/13 | J | | |
| 160.  - Teco Energy | | | | | Buy | 02/22/13 | J | | |
| 161. | | | | | Sold (part) | 05/29/13 | J | A | |
| 162. | | | | | Sold (part) | 08/20/13 | J | | |
| 163. | | | | | Buy | 12/02/13 | J | | |
| 164.  - Fifth Street Corp. Com | | | | | Buy | 03/14/13 | J | | |
| 165. | | | | | Buy | 05/29/13 | J | | |
| 166. | | | | | Sold (part) | 08/20/13 | J | | |
| 167. | | | | | Buy | 12/02/13 | J | | |
| 168.  - Kimberly Clark Corp. | | | | | Buy | 06/06/13 | J | | |
| 169. | | | | | Sold (part) | 08/20/13 | J | | |
| 170. | | | | | Sold (part) | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Glaxosmithkline PLC Ads | | | | | Buy | 06/11/13 | J | | |
| 172. - WP Carey Inc. | | | | | Buy | 06/11/13 | J | | |
| 173. | | | | | Buy | 12/02/13 | J | | |
| 174. - Westar Energy Inc. | | | | | Buy | 07/24/13 | J | | |
| 175. | | | | | Sold (part) | 08/20/13 | J | | |
| 176. | | | | | Buy | 12/02/13 | J | | |
| 177. - DNP Select Income Inc. | | | | | Buy | 08/20/13 | J | | |
| 178. | | | | | Buy | 12/02/13 | J | | |
| 179. - Alerian MLP ETF | | | | | Buy | 08/20/13 | J | | |
| 180. | | | | | Buy | 12/02/13 | J | | |
| 181. - Lord Abbett Flt Rt F | | | | | Buy | 08/16/13 | J | | |
| 182. | | | | | Buy | 08/20/13 | J | | |
| 183. | | | | | Buy | 12/02/13 | J | | |
| 184. - Vector Group Ltd | | | | | Buy | 12/02/13 | J | | |
| 185. - Resources Capital Corp. | | | | | Buy | 12/02/13 | J | | |
| 186. - New York Mortgage Trust Inc. | | | | | Buy | 12/02/13 | J | | |
| 187. - Northstar Realty Fin Corp. | | | | | Buy | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Old Republic Intl Cp | | | | | Buy | 12/02/13 | J | | |
| 189. - Univ. Hlth Rlty Inc. TR SBI | | | | | Buy | 12/02/13 | J | | |
| 190. - HCP Incoporated | | | | | Buy | 12/02/13 | J | | |
| 191. IRA #2 | E | Dividend | N | T | | | | | |
| 192. - Lord Abbett Short Duration Income Fd Cl F | | | | | Sold (part) | 01/29/13 | J | A | |
| 193. | | | | | Buy | 05/29/13 | J | | |
| 194. | | | | | Buy | 08/20/13 | J | | |
| 195. | | | | | Buy | 12/02/13 | J | | |
| 196. - Pimco Total Return Fund CL P | | | | | Sold | 01/29/13 | J | A | |
| 197. | | | | | Buy | 05/29/13 | J | | |
| 198. | | | | | Sold | 08/16/13 | J | | |
| 199. - Templeton Global Bond Fund | | | | | Sold (part) | 01/29/13 | J | | |
| 200. | | | | | Buy | 05/29/13 | J | | |
| 201. | | | | | Buy | 08/20/13 | J | | |
| 202. | | | | | Buy | 12/02/13 | J | | |
| 203. - Cash and MS Liquid Asset Fund - Morgan Stanley | | | | | | | | | |
| 204. - Vanguard Fixed Income Sec Fund GNMA Portfolio | | | | | Sold | 01/29/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - SPDR Gold Tr Gold Shs | | | | | Sold | 01/29/13 | J | | |
| 206. - Amer Cent Inflat Adj Trea Inv | | | | | Sold | 01/29/13 | J | | |
| 207. - PIMCO Unconstrained Bond P | | | | | Sold | 01/29/13 | J | | |
| 208. - Alria Group, Inc. | | | | | Buy | 01/29/13 | J | | |
| 209. | | | | | Sold (part) | 05/29/13 | J | A | |
| 210. | | | | | Sold (part) | 12/02/13 | J | A | |
| 211. - American Capital Agency | | | | | Buy | 01/29/13 | J | | |
| 212. | | | | | Buy | 05/29/13 | J | | |
| 213. | | | | | Buy | 08/20/13 | J | | |
| 214. | | | | | Sold (part) | 12/02/13 | J | | |
| 215. - American Electric Power Co. | | | | | Buy | 01/29/13 | J | | |
| 216. | | | | | Buy | 05/29/13 | J | | |
| 217. | | | | | Sold (part) | 12/02/13 | J | A | |
| 218. - Annaly Capital Mngmt Inc. | | | | | Buy | 01/29/13 | J | | |
| 219. | | | | | Buy | 05/29/13 | J | | |
| 220. | | | | | Buy | 08/20/13 | J | | |
| 221. | | | | | Sold (part) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Astrazeneca PLC Ads | | | | | Buy | 01/29/13 | J | | |
| 223. | | | | | Sold (part) | 08/20/13 | J | A | |
| 224. | | | | | Sold (part) | 12/02/13 | J | A | |
| 225. - AT&T | | | | | Buy | 01/29/13 | J | | |
| 226. | | | | | Buy | 05/29/13 | J | | |
| 227. | | | | | Sold (part) | 08/20/13 | J | | |
| 228. - BCE Inc. (New) | | | | | Buy | 01/29/13 | J | | |
| 229. | | | | | Buy | 05/29/13 | J | | |
| 230. | | | | | Buy | 08/20/13 | J | | |
| 231. | | | | | Sold (part) | 12/02/13 | J | | |
| 232. - BK Montreal | | | | | Buy | 01/29/13 | J | | |
| 233. | | | | | Buy | 05/29/13 | J | | |
| 234. | | | | | Sold (part) | 08/20/13 | J | | |
| 235. | | | | | Sold (part) | 12/02/13 | J | A | |
| 236. - Black Hills Corp. | | | | | Buy | 01/29/13 | J | | |
| 237. | | | | | Sold (part) | 05/29/13 | J | A | |
| 238. | | | | | Sold | 07/24/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Centurylink Inc. | | | | | Buy | 01/29/13 | J | | |
| 240. | | | | | Buy | 05/29/13 | J | | |
| 241. | | | | | Buy | 08/20/13 | J | | |
| 242. | | | | | Buy | 12/02/13 | J | | |
| 243. - Eaton Vance Natl Mun. Opp. Tr | | | | | Buy | 01/29/13 | J | | |
| 244. | | | | | Buy | 05/29/13 | J | | |
| 245. | | | | | Sold | 06/10/13 | J | | |
| 246. - Eaton Vance Tax Mgd Div Equ Fd | | | | | Buy | 01/29/13 | J | | |
| 247. | | | | | Buy | 05/29/13 | J | | |
| 248. | | | | | Sold (part) | 08/29/13 | J | A | |
| 249. - Entergy Corp. New | | | | | Buy | 01/29/13 | J | | |
| 250. | | | | | Sold | 12/02/13 | J | | |
| 251. - Franklin Income Adv | | | | | Buy | 01/29/13 | J | | |
| 252. | | | | | Sold (part) | 08/20/13 | J | | |
| 253. | | | | | Sold (part) | 12/02/13 | J | A | |
| 254. - H&R Block Inc. (New) | | | | | Buy | 01/29/13 | J | | |
| 255. | | | | | Sold | 02/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Health Care REIT Inc. | | | | | Buy | 01/29/13 | J | | |
| 257. | | | | | Sold (part) | 05/29/13 | J | A | |
| 258. | | | | | Buy | 08/20/13 | J | | |
| 259. | | | | | Sold (part) | 12/02/13 | J | | |
| 260. - Invesco Muni Income OPP | | | | | Buy | 01/29/13 | J | | |
| 261. | | | | | Buy | 05/29/13 | J | | |
| 262. | | | | | Sold | 08/29/13 | J | | |
| 263. - Leggett & Platt Inc. | | | | | Buy | 01/29/13 | J | | |
| 264. | | | | | Sold (part) | 05/29/13 | J | A | |
| 265. | | | | | Buy | 12/02/13 | J | | |
| 266. - LTC Properties Inc. | | | | | Buy | 01/29/13 | J | | |
| 267. | | | | | Sold (part) | 05/29/13 | J | A | |
| 268. | | | | | Buy | 08/20/13 | J | | |
| 269. | | | | | Sold | 12/02/13 | J | A | |
| 270. - Main Street Capital Corp. | | | | | Buy | 01/29/13 | J | | |
| 271. | | | | | Buy | 05/29/13 | J | | |
| 272. | | | | | Sold (part) | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 12/02/13 | J | A | |
| 274.   - MFA Financial Inc. | | | | | Buy | 01/29/13 | J | | |
| 275. | | | | | Buy | 05/29/13 | J | | |
| 276. | | | | | Buy | 08/20/13 | J | | |
| 277. | | | | | Buy | 12/02/13 | J | | |
| 278.   - MFS Charter Income Tr SBI | | | | | Buy | 01/29/13 | J | | |
| 279. | | | | | Buy | 05/29/13 | J | | |
| 280. | | | | | Sold | 08/19/13 | J | | |
| 281.   - National Retail Properties I | | | | | Buy | 01/29/13 | J | | |
| 282. | | | | | Sold (part) | 05/29/13 | J | A | |
| 283. | | | | | Buy | 08/20/13 | J | | |
| 284. | | | | | Buy | 12/02/13 | J | | |
| 285.   - Nuveen Build America Bonds Fd | | | | | Buy | 01/29/13 | J | | |
| 286. | | | | | Buy | 05/29/13 | J | | |
| 287. | | | | | Sold | 08/19/13 | J | | |
| 288.   - Omega Healthcare Inv Inc. | | | | | Buy | 01/29/13 | J | | |
| 289. | | | | | Sold (part) | 05/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 08/20/13 | J | | |
| 291. | | | | | Sold (part) | 12/02/13 | J | A | |
| 292. - PIMCO Corporate & Income Opp. | | | | | Buy | 01/29/13 | J | | |
| 293. | | | | | Buy | 05/29/13 | J | | |
| 294. | | | | | Sold (part) | 08/20/13 | J | | |
| 295. | | | | | Buy | 12/02/13 | J | | |
| 296. - PPL Corporation | | | | | Buy | 01/29/13 | J | | |
| 297. | | | | | Buy | 05/29/13 | J | | |
| 298. | | | | | Sold (part) | 08/20/13 | J | A | |
| 299. | | | | | Buy | 12/02/13 | J | | |
| 300. - Reynolds American Inc. | | | | | Buy | 01/29/13 | J | | |
| 301. | | | | | Sold (part) | 05/29/13 | J | A | |
| 302. | | | | | Sold (part) | 08/20/13 | J | A | |
| 303. - Seadrill Ltd. | | | | | Buy | 01/29/13 | J | | |
| 304. | | | | | Buy | 05/29/13 | J | | |
| 305. | | | | | Sold (part) | 08/20/13 | J | A | |
| 306. | | | | | Buy | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Senior Hsg Ppty Tr SBI | | | | | Buy | 01/29/13 | J | | |
| 308. | | | | | Sold (part) | 05/29/13 | J | A | |
| 309. | | | | | Buy | 08/20/13 | J | | |
| 310. | | | | | Sold (part) | 12/02/13 | J | | |
| 311.  - Sun Life Svcs CDA Inc. | | | | | Buy | 01/29/13 | J | | |
| 312. | | | | | Buy | 05/29/13 | J | | |
| 313. | | | | | Sold (part) | 08/20/13 | J | A | |
| 314. | | | | | Sold (part) | 12/02/13 | J | | |
| 315.  - Thomson Reuters Corp. | | | | | Buy | 01/29/13 | J | | |
| 316. | | | | | Sold (part) | 05/29/13 | J | A | |
| 317. | | | | | Sold | 06/06/13 | J | A | |
| 318.  - Vanguard Natural Resources LLC | | | | | Buy | 01/29/13 | J | | |
| 319. | | | | | Sold | 03/14/13 | J | | |
| 320.  - Vectren Cp | | | | | Buy | 01/29/13 | J | | |
| 321. | | | | | Sold (part) | 05/29/13 | J | A | |
| 322. | | | | | Sold (part) | 08/20/13 | J | A | |
| 323.  - Verizon Communications | | | | | Buy | 01/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 05/29/13 | J | A | |
| 325. | | | | | Sold (part) | 08/20/13 | J | A | |
| 326. - Western Asst Glb CP Def Opp Fd | | | | | Buy | 01/29/13 | J | | |
| 327. | | | | | Sold | 08/19/13 | J | | |
| 328. - Teco Energy | | | | | Buy | 02/22/13 | J | | |
| 329. | | | | | Sold (part) | 05/29/13 | J | A | |
| 330. | | | | | Sold (part) | 08/20/13 | J | | |
| 331. | | | | | Buy | 12/02/13 | J | | |
| 332. - Fifth Street Finance Corp. Com | | | | | Buy | 03/14/13 | J | | |
| 333. | | | | | Buy | 05/29/13 | J | | |
| 334. | | | | | Sold (part) | 08/20/13 | J | | |
| 335. | | | | | Buy | 12/02/13 | J | | |
| 336. - Kimberly Clark Corp. | | | | | Buy | 06/06/13 | J | | |
| 337. | | | | | Sold (part) | 08/20/13 | J | A | |
| 338. | | | | | Sold | 12/02/13 | J | A | |
| 339. - WP Carey Inc. Com | | | | | Buy | 06/10/13 | J | | |
| 340. | | | | | Sold (part) | 08/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy | 12/02/13 | J | | |
| 342. - Glaxosmithkline PLC ADS | | | | | Buy | 06/10/13 | J | | |
| 343. | | | | | Sold (part) | 08/20/13 | J | A | |
| 344. | | | | | Buy | 12/02/13 | J | | |
| 345. - Westar Energy Inc. | | | | | Buy | 07/24/13 | J | | |
| 346. | | | | | Sold (part) | 08/20/13 | J | | |
| 347. | | | | | Buy | 12/02/13 | J | | |
| 348. - Lord Abbett Flt Rt F | | | | | Buy | 08/16/13 | J | | |
| 349. | | | | | Buy | 08/20/13 | J | | |
| 350. | | | | | Buy | 12/02/13 | J | | |
| 351. - DNP Select Income Inc. | | | | | Buy | 08/20/13 | J | | |
| 352. | | | | | Buy | 12/02/13 | J | | |
| 353. - Alerian MLP ETF | | | | | Buy | 08/20/13 | J | | |
| 354. | | | | | Buy | 12/02/13 | J | | |
| 355. - Vector Group Ltd | | | | | Buy | 12/02/13 | J | | |
| 356. - Resources Capital Corp. | | | | | Buy | 12/02/13 | J | | |
| 357. - New York Mortgage Trust Inc. | | | | | Buy | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - Northstar Realty Fin Corp. | | | | | Buy | 12/02/13 | J | | |
| 359.  - Old Republic Intl Cp | | | | | Buy | 12/02/13 | J | | |
| 360.  - Univ. Hlth Rlty Inc TR SBI | | | | | Buy | 12/02/13 | J | | |
| 361.  - HCP Incoporated | | | | | Buy | 12/02/13 | J | | |
| 362.  TRUST #2 ___ (sep ira #2) | E | Dividend | O | T | | | | | |
| 363.  - MidFirst Bank | | | | | | | | | |
| 364.  - PIMCO Total Return Fund Cl P | | | | | Buy | 05/29/13 | J | | |
| 365. | | | | | Sold | 08/16/13 | K | | |
| 366.  - Templeton Global Bank Fund Advisor Class | | | | | Buy | 05/29/13 | J | | |
| 367. | | | | | Buy | 08/20/13 | J | | |
| 368. | | | | | Buy | 12/02/13 | J | | |
| 369.  - Cash and MS Liquid Asset Fund - Morgan Stanley | | | | | Open | 03/28/13 | K | | |
| 370.  - Lord Abbett Short Duration Income FD Cl F | | | | | Buy | 05/29/13 | J | | |
| 371. | | | | | Buy | 08/20/13 | J | | |
| 372. | | | | | Buy | 12/02/13 | J | | |
| 373.  - Main Street Capital Corp. | | | | | Buy | 05/29/13 | J | | |
| 374. | | | | | Sold (part) | 08/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 12/02/13 | J | A | |
| 376. - Eaton Vance Natl Mun Opp Tr | | | | | Sold (part) | 05/29/13 | J | | |
| 377. | | | | | Sold | 06/07/13 | K | | |
| 378. - Eaton Vance Tax Mgd Div. Equ. Fd | | | | | Buy | 05/29/13 | J | | |
| 379. | | | | | Sold (part) | 08/29/13 | J | A | |
| 380. - Western Asst Glb CP Def Opp Fd | | | | | Sold (part) | 08/19/13 | K | | |
| 381. - MFS Charter Income TR SBI | | | | | Buy | 05/29/13 | J | | |
| 382. | | | | | Sold | 08/19/13 | K | | |
| 383. - Invesco Muni Income Opp | | | | | Buy | 05/29/13 | J | | |
| 384. | | | | | Sold | 08/19/13 | K | | |
| 385. - Franklin Income Adv | | | | | Buy | 05/29/13 | J | | |
| 386. | | | | | Sold | 08/20/13 | J | A | |
| 387. | | | | | Buy | 12/02/13 | J | | |
| 388. - Nuveen Build American Bond Fd | | | | | Buy | 05/29/13 | J | | |
| 389. | | | | | Sold | 08/19/13 | K | | |
| 390. - PIMCO Corporate & Income Oppor | | | | | Buy | 05/29/13 | J | | |
| 391. | | | | | Sold | 08/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy | 12/02/13 | J | | |
| 393. - LTC Properties, Inc. | | | | | Sold | 05/29/13 | J | A | |
| 394. | | | | | Buy | 08/20/13 | J | | |
| 395. | | | | | Sold (part) | 12/02/13 | J | A | |
| 396. - Black Hills Corp. | | | | | Sold | 05/29/13 | J | A | |
| 397. | | | | | Sold | 07/24/13 | J | C | |
| 398. - MFA Financial Inc. | | | | | Buy | 05/29/13 | J | | |
| 399. | | | | | Buy | 08/20/13 | J | | |
| 400. | | | | | Buy | 12/02/13 | J | | |
| 401. - Altria Group Inc. | | | | | Buy | 05/29/13 | J | | |
| 402. | | | | | Sold (part) | 12/02/13 | J | A | |
| 403. - PPL Corporation | | | | | Buy | 05/29/13 | J | | |
| 404. | | | | | Sold | 08/20/13 | J | A | |
| 405. | | | | | Buy | 12/02/13 | J | | |
| 406. - Omega Healthcare Inv. | | | | | Sold (part) | 05/29/13 | J | A | |
| 407. | | | | | Buy | 08/20/13 | J | | |
| 408. | | | | | Sold (part) | 12/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Senior Hsg Ppty Tr SBI | | | | | Buy | 05/29/13 | J | | |
| 410. | | | | | Buy | 08/20/13 | J | | |
| 411. | | | | | Sold (part) | 12/02/13 | J | A | |
| 412. - Thomson Reuters Corp. | | | | | Sold (part) | 05/29/13 | J | A | |
| 413. | | | | | Sold | 06/06/13 | J | B | |
| 414. - Leggett & Platt Inc. | | | | | Sold (part) | 05/29/13 | J | A | |
| 415. | | | | | Buy | 08/20/13 | J | | |
| 416. | | | | | Buy | 12/02/13 | J | | |
| 417. - H&R Block Inc. | | | | | Sold | 02/22/13 | J | C | |
| 418. - Annaly Capital Mngmt Inc. | | | | | Buy | 05/29/13 | J | | |
| 419. | | | | | Buy | 08/20/13 | J | | |
| 420. | | | | | Sold (part) | 12/02/13 | J | | |
| 421. - AT&T Inc. | | | | | Buy | 05/29/13 | J | | |
| 422. | | | | | Sold (part) | 08/20/13 | J | | |
| 423. | | | | | Buy | 12/02/13 | J | | |
| 424. - Seadrill Ltd. | | | | | Buy | 05/29/13 | J | | |
| 425. | | | | | Sold (part) | 08/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy | 12/02/13 | J | | |
| 427. - American Electric Power Co. | | | | | Buy | 05/29/13 | J | | |
| 428. | | | | | Sold (part) | 12/02/13 | J | A | |
| 429. - Vectren CP | | | | | Buy | 05/29/13 | J | | |
| 430. | | | | | Sold (part) | 08/20/13 | J | A | |
| 431. - American Capital Agency | | | | | Buy | 05/29/13 | J | | |
| 432. | | | | | Buy | 08/20/13 | J | | |
| 433. | | | | | Sold (part) | 12/02/13 | J | | |
| 434. - Sun Life Finl Svsc CDA Inc. | | | | | Sold (part) | 05/29/13 | J | A | |
| 435. | | | | | Sold (part) | 08/20/13 | J | A | |
| 436. | | | | | Sold (part) | 12/02/13 | J | B | |
| 437. - BCE Inc. (New) | | | | | Buy | 05/29/13 | J | | |
| 438. | | | | | Buy | 08/20/13 | J | | |
| 439. | | | | | Buy | 12/02/13 | J | | |
| 440. - National Retail Properties I | | | | | Buy | 05/29/13 | J | | |
| 441. | | | | | Buy | 08/29/13 | J | | |
| 442. | | | | | Buy | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Entergy Corp New | | | | | Buy | 05/29/13 | J | | |
| 444. | | | | | Sold | 12/02/13 | J | | |
| 445. - Verizon Communications | | | | | Buy | 05/29/13 | J | | |
| 446. | | | | | Sold (part) | 08/20/13 | J | A | |
| 447. - Health Care REIT Inc. | | | | | Buy | 05/29/13 | J | | |
| 448. | | | | | Buy | 08/20/13 | J | | |
| 449. | | | | | Sold (part) | 12/02/13 | J | | |
| 450. - Reynolds American Inc. | | | | | Buy | 05/29/13 | J | | |
| 451. | | | | | Sold (part) | 08/20/13 | J | A | |
| 452. - BK Montreal | | | | | Buy | 05/29/13 | J | | |
| 453. | | | | | Sold (part) | 08/20/13 | J | A | |
| 454. | | | | | Sold (part) | 12/02/13 | J | A | |
| 455. - Vanguard Natural Resources LLC | | | | | Sold | 03/14/13 | J | A | |
| 456. - Astrazeneca PLC ADS | | | | | Buy | 05/29/13 | J | | |
| 457. | | | | | Sold (part) | 08/20/13 | J | A | |
| 458. - Centurylink Inc. | | | | | Buy | 05/29/13 | J | | |
| 459. | | | | | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 36

Name of Person Reporting

Hall, Sarah A.

Date of Report

09/17/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 12/02/13 | J | | |
| 461.  - Teco Energy | | | | | Buy | 02/22/13 | J | | |
| 462. | | | | | Sold (part) | 05/29/13 | J | A | |
| 463. | | | | | Sold (part) | 08/20/13 | J | | |
| 464. | | | | | Buy | 12/02/13 | J | | |
| 465.  - Fifth Street Finance Corp. Com | | | | | Buy | 03/14/13 | J | | |
| 466. | | | | | Buy | 05/29/13 | J | | |
| 467. | | | | | Sold (part) | 08/20/13 | J | | |
| 468. | | | | | Buy | 12/02/13 | J | | |
| 469.  - Kimberly Clark Corp. | | | | | Buy | 06/06/13 | J | | |
| 470. | | | | | Sold (part) | 08/20/13 | J | A | |
| 471. | | | | | Sold (part) | 12/02/13 | J | A | |
| 472.  - Glaxosmithlkine PLC ADS | | | | | Buy | 06/07/13 | J | | |
| 473. | | | | | Sold (part) | 08/20/13 | J | A | |
| 474. | | | | | Buy | 12/02/13 | J | | |
| 475.  - WP Carey Inc. | | | | | Buy | 06/07/13 | J | | |
| 476. | | | | | Sold (part) | 08/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 36

Name of Person Reporting

Hall, Sarah A.

Date of Report

09/17/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy | 12/02/13 | J | | |
| 478.   - Westar Energy Inc. | | | | | Buy | 07/24/13 | J | | |
| 479. | | | | | Sold (part) | 08/20/13 | J | | |
| 480. | | | | | Buy | 12/02/13 | J | | |
| 481.   - Lord Abbett Flt Rt F | | | | | Buy | 08/16/13 | K | | |
| 482. | | | | | Buy | 08/20/13 | J | | |
| 483. | | | | | Buy | 12/02/13 | J | | |
| 484.   - DNP Select Income Inc. | | | | | Buy | 08/20/13 | J | | |
| 485. | | | | | Buy | 12/02/13 | J | | |
| 486.   - Alerian MLP ETF | | | | | Buy | 08/20/13 | K | | |
| 487. | | | | | Buy | 12/02/13 | J | | |
| 488.   - Vector Group Ltd | | | | | Buy | 12/02/13 | J | | |
| 489.   - Resources Capital Corp. | | | | | Buy | 12/02/13 | J | | |
| 490.   - New York Mortgage Trust Inc. | | | | | Buy | 12/02/13 | J | | |
| 491.   - Northstar Realty Fin Corp. | | | | | Buy | 12/02/13 | J | | |
| 492.   - Old Republic Intl Cp | | | | | Buy | 12/02/13 | J | | |
| 493.   - Univ. Hlth Rlty Inc TR SBI | | | | | Buy | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 36

Name of Person Reporting

Hall, Sarah A.

Date of Report

09/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.   - HCP Incorporated | | | | | Buy | 12/02/13 | J | | |
| 495.   - Overriding royalty interest Scott, KS | | | | | | | | | |
| 496.   BROKERAGE ACCOUNT #1 | A | Dividend | K | T | | | | | |
| 497.   - Extended Insurance Sweep Account | A | Interest | J | T | Distributed (part) | 01/02/13 | J | | |
| 498. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 499. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 500. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 501. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 502. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 503. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 504. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 505. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 506. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 507. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 508. | | | | | Buy (add'l) | 07/29/13 | J | | |
| 509. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 510. | | | | | Buy (add'l) | 09/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 36

Name of Person Reporting

Hall, Sarah A.

Date of Report

09/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Distributed (part) | 10/23/13 | J | | |
| 512. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 513. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 514. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 515.  - El DuPont De Nemours & Co. | A | Dividend | | | Sold | 03/06/13 | J | A | |
| 516.  - Express Scripts Holding Co. | | | | | Sold | 03/06/13 | J | A | |
| 517.  - PMX Communities Inc. | | | J | T | | | | | |
| 518.  - Proctor & Gamble Co. Call | | | | | Sold | 02/14/13 | J | B | |
| 519. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/17/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544